B139

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
APR 19 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 22-110 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2251(a) and 2251(e) |
| | ) | and 2252(a)(2) and 2252(b)(1)) |
| | ) | |
| | ) | |
| NICHOLAS ANFIN NESDAHL | ) | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about October 24, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, attempted to and did employ, use, persuade, induce, entice, and coerce Minor 1, then a resident of Pennsylvania and a minor female known to the grand jury, and Minor 2, then a resident of Pennsylvania and a minor female known to the grand jury, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct; to wit: videos depicting Minor 1 and Minor 2 engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing or having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

The grand jury further charges:

On or about October 13, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, did knowingly receive and attempt to receive a visual depiction of Minor 1, then a resident of Pennsylvania and a minor female known to the grand jury, that had been mailed, shipped and transported in interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE

The grand jury further charges:

On or about October 17, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, did knowingly receive and attempt to receive a visual depiction of Minor 1, then a resident of Pennsylvania and a minor female known to the grand jury, that had been mailed, shipped and transported in interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

3

## COUNT FOUR

The grand jury further charges:

On or about October 18, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, did knowingly receive and attempt to receive a visual depiction of Minor 1, then a resident of Pennsylvania and a minor female known to the grand jury, that had been mailed, shipped and transported in interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

4

## COUNT FIVE

The grand jury further charges:

On or about October 20, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, did knowingly receive and attempt to receive a visual depiction of Minor 1, then a resident of Pennsylvania and a minor female known to the grand jury, that had been mailed, shipped and transported in interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX

The grand jury further charges:

On or about October 24, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, NICHOLAS ANFIN NESDAHL, did knowingly receive and attempt to receive a visual depiction of Minor 1 and Minor 2, both then residents of Pennsylvania and minor females known to the grand jury, that had been mailed, shipped and transported in interstate and foreign commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant NICHOLAS ANFIN NESDAHL that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253 in the event of the defendant's conviction under Counts One through Six of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One through Six of this Indictment, in violation of Title 18, United States Code, Section 2251, the defendant, NICHOLAS ANFIN NESDAHL, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property subject to this forfeiture notice includes, but is not limited to: one (1) Samsung Galaxy Note 10+ cellular telephone, Model Number: SM-N976V.

4. If any of the property described above, as a result of any act or omission of the defendant,

   a. cannot be located upon the exercise of due diligence;

7

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

          A True Bill,

          _____
          FOREPERSON

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158