CRIMINAL CASE INFORMATION SHEET                22-110

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances
         (3 or more Defendants)
2.  ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses
         (3 or more Defendants)
3.  ____ Crimes of Violence
4.  _X_  Sex Offenses
5.  ____ Firearms and Explosives
6.  ____ Immigration
7.  ____ All Others

Defendant's name:                 Nicholas Nesdahl

Is indictment waived:             ____ Yes      _X_ No

Pretrial Diversion:               ____ Yes      _X_ No

Juvenile proceeding:              ____ Yes      _X_ No

Defendant is:                     _X_ Male      ____ Female

Superseding indictment or information    ____ Yes   _X_ No

         Previous case number: _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first offense cited
occurred:                         Washington

Previous proceedings before
Magistrate Judge:                 _____

    Case No.:                     _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | April 6, 2022 |
| Defendant: | __X__ is in custody   ____ is not in custody |
| Name of Institution: | Ward County Correctional Center |
| Custody is on: | ____ this charge   __X__ another charge |
| | ____ another conviction |
| | ____ State   __X__ Federal |
| Detainer filed: | ____ yes   ____ no |
| Date detainer filed: | |
| Total defendants: | 1 |
| Total counts: | 6 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Nicholas Nesdahl |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2251(a) and 2251(e) | Production and Attempted Production of Material Depicting the Sexual Exploitation of a Minor | X | |
| 2-6 | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Receipt and Attempted Receipt of Material Depicting the Sexual Exploitation of a Minor | X | |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: APR 1 9 2022

*s/Robert C. Schupansky*
ROBERT C. SCHUPANSKY
Assistant U.S. Attorney
PA ID No. 82158